# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WESLEY FIELDS, | 1:09-cv-01963-DLB (HC) |
| Petitioner, | |
| v. | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| NEOTTI, Warden | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   November 24, 2009                              /s/ Dennis L. Beck
                                                                        UNITED STATES MAGISTRATE JUDGE